IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| **NUCLEAR WATCH NEW MEXICO,** )<br>*Plaintiff*, )<br>v. )<br> )<br>**UNITED STATES DEPARTMENT OF ENERGY,** )<br> )<br>*Defendant* )<br>**and** )<br> )<br>**NEW MEXICO ENVIRONMENT DEPARTMENT,** )<br>*Intervenor*. )<br> ) | No. 1:16-cv-00433-JCH-SCY |

**ORDER DENYING REQUEST**
**TO RESET SCHEDULING CONFERENCE**

This matter comes before the Court on the parties' Joint Motion for Referral to Mediation and Request to Reset Scheduling Conference. Doc. 166. On October 1, 2020, the Court denied the parties' third motion to continue a stay and, instead, set a scheduling conference for November 17, 2020. The parties now seek to reset the scheduling conference to April 2021 and, in the meantime, refer this matter to a judicial officer to assist with a settlement conference. Doc. 166. The Court, again, denies this request for an extension of the stay.

Instead, the Court will hold the Scheduling Conference as previously set on November 17, 2020 at 11:30 AM. At that conference, in addition to setting discovery and case management deadlines, the Court will discuss setting a settlement conference with the parties. Although the Court is denying the parties' request to reset the scheduling conference, the Court will sua sponte extend the Joint Status Report deadline until November 11, 2020.

Lastly, the Court gives notice to the parties that Judge Yarbrough's AT&T Conference line

number has changed. For the telephonic Scheduling Conference set on November 17, 2020, the parties should dial the new number, (888) 398-2342 [Access Code 2418431], to connect to the proceedings.

DATED: 11/6/2020

_____
Hon. Steven C. Yarborough
United States Magistrate Judge